An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAX REED, II,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE; AND THE HONORABLE GARY
D. FAIRMAN, DISTRICT JUDGE,
Respondent.

No. 66905

**FILED**

JUL 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus challenges the district court's alleged failure to rule on petitioner's appeal from a justice court judgment.

Having reviewed the petition, which was filed without the necessary supporting documents, we are not persuaded that mandamus relief is warranted. NRS 34.160; NRAP 21(a)(4); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (noting that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). We therefore deny the petition. NRAP 21(b). Notwithstanding the denial of this petition, we are confident that the district court will rule on petitioner's appeal in a timely manner, if it has not already done so.

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22302

cc: Hon. Gary Fairman, District Judge
Max Reed, II
Attorney General/Carson City
White Pine County Clerk